**Order entered July 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00233-CV

## IN THE INTEREST OF C.J.P., O.R.P., B.H.P., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01286-X**

## ORDER

Before the Court is appellant Father's motion for a one-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received July 12, 2022 filed as of the date of this order.

/s/    ROBBIE PARTIDA-KIPNESS
         JUSTICE